# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162250(30)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAIME LYNN RIEGER,
      Defendant-Appellant.

_____/

SC: 162250
COA: 354321
Oakland CC: 2018-269358-FC

On order of the Chief Justice, the motion of defendant-appellant to add supplemental authority to her application for leave to appeal is GRANTED. The supplemental authority submitted on August 9, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2021



Clerk